UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES CARROLL                                   CIVIL ACTION

VERSUS                                          NO. 06-9031

MARLIN GUSMAN, INDIVIDUALLY                     SECTION "N"(4)

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 8)** filed by the defendant, Sheriff Marlin Gusman, is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff James Carroll's 42 U.S.C. § 1983 claims against Sheriff Gusman are **DISMISSED WITH PREJUDICE** for failure to state a claim which would entitle him to relief pursuant to Fed. R. Civ. P. 12(c).

**IT IS FURTHER ORDERED** that Carroll's state law claims brought pursuant to La. Civ. Code art. 2315 are **DISMISSED WITHOUT PREJUDICE** as the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 10th day of September, 2009.

UNITED STATES DISTRICT JUDGE